UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-58-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **CHRISTOPHER ANTONIO MOSES,** ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's Letter Motion for Appointment of Counsel, in which he asks for this Court to appoint counsel to assist him in filing a motion to vacate, correct, or set aside sentence under 28 U.S.C. § 2255. (#29).

Defendant's motion to appoint counsel is denied, as he has no constitutional right to counsel in assisting him with filing a post-conviction motion to vacate. See Pennsylvania v. Finley, 481 U.S. 551, 554 (1987); Hunt v. Nuth, 57 F.3d 1327, 1340 (4th Cir. 1995).

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Letter Motion for Appointment of Counsel (#29) is **DENIED**.

Signed: March 17, 2021

Max O. Cogburn Jr.
United States District Judge

1