UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-58-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CHRISTOPHER ANTONIO MOSES, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se letter, in which he asks this Court to "review [his] case in light of "Gary v. United States (No. 18-4578) current Supreme Court case pending argument and opinion." (Doc. No. 31).

To the extent that Defendant's letter can be construed as a motion, the motion is denied. If Defendant seeks a reduction in his sentence based on Supreme Court law, the proper procedural vehicle for seeking that relief is by filing a motion to vacate, correct, or set aside sentence, under 28 U.S.C. § 2255.

**IT IS SO ORDERED.**

Signed: April 28, 2021

Max O. Cogburn Jr.
United States District Judge

1